```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
                   SOUTHERN DIVISION
                     AT PIKEVILLE
```

CIVIL ACTION NO. 2012-115 (WOB-CJS)

ARILEY WEDZEL LANEY                                    PLAINTIFF

VS.                           <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #13, and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is found to be supported by substantial evidence and is hereby **affirmed**; that plaintiff's motion for summary judgment is **denied**; and that defendant's motion for summary judgment is **granted**.  A separate Judgment shall enter concurrently herewith.

This 29th day of May, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge